# In the United States District Court for the Southern District of Georgia Brunswick Division

```
SIERRA PAFFORD,

     Plaintiff,

v.                                          CV 2:25-064

SOUTHERN ORTHOPAEDICS & SPORTS
MEDICINE, P.C., et al.,

     Defendants.
```

## ORDER

Plaintiff initiated this action on April 21, 2025. Dkt. No. 1. On August 6, 2025, Defendant Optim Orthopedics, LLC moved to dismiss the complaint. Dkt. No. 15. Thereafter, on August 26, 2025, Plaintiff amended her complaint. Dkt. No. 23. For the reasons below, Defendant's motion to dismiss is **DENIED as moot**.

## LEGAL STANDARD

A party may amend its pleading once as a matter of course "within 21 days after serving it" or, "if a responsive pleading is required, within 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f) [of the Federal Rules of Civil Procedure], whichever is earlier." Fed. R. Civ. P. 15(a)(1). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner

Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiff timely filed her amended complaint as a matter of course pursuant to Rule 15(a)(1). Further, Plaintiff's amended complaint supersedes the original complaint. Defendant's motion to dismiss, dkt. no. 15, has thus been rendered moot by Plaintiff's filing of her amended complaint. Should Defendant wish to renew its motion to dismiss with regard to the amended complaint, it is granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendant Optim Orthopedics's motion to dismiss, dkt. no. 15, is **DENIED as moot**.

SO ORDERED, this 27 day of August, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA